UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL ALBERTS,

    Plaintiff,

v.

SALLIE MAE, INC.,

    Defendant.
_____/

Case No. 13-10114

Honorable Nancy G. Edmunds

**JUDGMENT**

The Court having reviewed the pleadings in this matter and being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion to dismiss is hereby GRANTED IN PART, Plaintiff's federal claims are DISMISSED WITH PREJUDICE, Plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE, and the case is DISMISSED.

SO ORDERED.


Dated: May 22, 2013

    S/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 22, 2013, by electronic and/or ordinary mail.

    S/Johnetta M. Curry-Williams
    Case Manager
    Acting in the Absence of Carol A. Hemeyer